```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 02481
   GEORGE R WILLIAMS
   BETTY D WILLIAMS                          CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2277     SSN XXX-XX-1374

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/13/2007 and was confirmed 06/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   8.00%.

     The case was dismissed after confirmation 12/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CHICAGO MUNICIPAL EMPLOY  SECURED                 .00          .00           .00
CHICAGO MUNICIPAL EMPLOY  SECURED                 .00          .00           .00
CITY OF CHICAGO DEPT OF   SECURED                 .00          .00           .00
COOK COUNTY TREASURER     NOTICE ONLY     NOT FILED           .00           .00
BARCLAYS CAPITAL REAL ES  CURRENT MORTG    8768.40           .00        8768.40
BARCLAYS CAPITAL REAL ES  MORTGAGE ARRE   12000.00           .00           .00
HOMEQ SERVICING           UNSECURED       NOT FILED           .00           .00
ROBERT J ADAMS            PRIORITY        NOT FILED           .00           .00
TCF                       UNSECURED       NOT FILED           .00           .00
ADVANCE TIL PAYDAY        UNSECURED         182.60           .00           .00
ADVOCATE BEVERLY HEALTH   UNSECURED       NOT FILED           .00           .00
CHRSIT HOSPITAL           UNSECURED       NOT FILED           .00           .00
TCF NATIONAL BANK         UNSECURED       NOT FILED           .00           .00
APOLLO CASUALTY CO        UNSECURED       NOT FILED           .00           .00
ARNOLD SCOTT HARRIS       NOTICE ONLY     NOT FILED           .00           .00
BALLYS TOTAL FITNESS      UNSECURED       NOT FILED           .00           .00
BANK OF AMERICA           UNSECURED       NOT FILED           .00           .00
BIG TOP AUTO              UNSECURED       NOT FILED           .00           .00
CAPITAL ONE               UNSECURED       NOT FILED           .00           .00
CAPITAL ONE SERVICES      UNSECURED       NOT FILED           .00           .00
CHEX SYSTEMS COLLECTION   UNSECURED       NOT FILED           .00           .00
CHICAGO MUNICIPAL EMPLOY  UNSECURED       NOT FILED           .00           .00
CHICAGO SUN TIMES         UNSECURED       NOT FILED           .00           .00
CHICAGO TRIBUNE           UNSECURED       NOT FILED           .00           .00
CITY COLLEGE OF CHICAGO   UNSECURED       NOT FILED           .00           .00
CITY OF CHICAGO PARKING   UNSECURED        6650.00           .00           .00
SBC                       UNSECURED       NOT FILED           .00           .00
VILLAGE OF EAST HAZEL CR  UNSECURED       NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00           .00
DEVON FINANCIAL SERVICE   UNSECURED       NOT FILED           .00           .00
FIRST CONSUMER NATIONAL   UNSECURED       NOT FILED           .00           .00
FIRST CONSUMERS NATIONAL  UNSECURED       NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 02481 GEORGE R WILLIAMS & BETTY D WILLIAMS
```

```
PREMIER BANKCARD           UNSECURED        394.23              .00              .00
GOLDMAN & GRANT            UNSECURED     NOT FILED              .00              .00
JEWELS                     UNSECURED     NOT FILED              .00              .00
TCF NATIONAL BANK          UNSECURED     NOT FILED              .00              .00
HOUSEHOLD BANK             UNSECURED        504.02              .00              .00
ILLINOIS COLLEGE OF OPTO   UNSECURED     NOT FILED              .00              .00
FCNB MASTER TRUST          NOTICE ONLY   NOT FILED              .00              .00
FCNB MASTER TRUST          UNSECURED     NOT FILED              .00              .00
ITT TECHNICAL INSTITUTE    UNSECURED     NOT FILED              .00              .00
LITTLE CO MARY HOSPITAL    UNSECURED     NOT FILED              .00              .00
MALCOLM S GERALD & ASSOC   UNSECURED     NOT FILED              .00              .00
MASTERCARD                 UNSECURED     NOT FILED              .00              .00
SBC ILLINOIS               UNSECURED     NOT FILED              .00              .00
PAYDAY LOAN SERVICE        UNSECURED     NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED       1280.64              .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED     NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED     NOT FILED              .00              .00
TCF NATIONAL BANK          UNSECURED     NOT FILED              .00              .00
TCF NATIONAL BANK          UNSECURED     NOT FILED              .00              .00
PROVIDENT HOSPITAL         UNSECURED     NOT FILED              .00              .00
QUEST DIAGNOSTIC           UNSECURED     NOT FILED              .00              .00
MCI                        UNSECURED     NOT FILED              .00              .00
SACHS EARNEST & ASSOCIAT   UNSECURED     NOT FILED              .00              .00
SALLIE MAE                 UNSECURED     NOT FILED              .00              .00
AMERITECH/SBC              UNSECURED     NOT FILED              .00              .00
SBC PAGING                 UNSECURED     NOT FILED              .00              .00
SECRETARY OF STATE         NOTICE ONLY   NOT FILED              .00              .00
SEVENTH AVENUE             UNSECURED     NOT FILED              .00              .00
ACL LABORATORIES           UNSECURED     NOT FILED              .00              .00
HOME DEPOT                 UNSECURED     NOT FILED              .00              .00
SWISS COLONY               UNSECURED     NOT FILED              .00              .00
T-MOBILE BANKRUPTCY        UNSECURED     NOT FILED              .00              .00
TCF NATIONAL BANK          UNSECURED     NOT FILED              .00              .00
TELECHECK SERVICES         UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO MUNICIPA   NOTICE ONLY   NOT FILED              .00              .00
CITY OF CHICAGO MUNICIPA   UNSECURED     NOT FILED              .00              .00
WIDE OPEN WEST             UNSECURED     NOT FILED              .00              .00
PREMIER BANKCARD INC       UNSECURED     NOT FILED              .00              .00
RJM AQUISITIONS FUNDING    UNSECURED         37.11              .00              .00
COUNTY OF COOK PROVIDENT   UNSECURED        615.00              .00              .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY    2,306.33                               .00
TOM VAUGHN                 TRUSTEE                                            631.60
DEBTOR REFUND              REFUND                                                .00

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                  9,400.00
```

               PAGE  2 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 02481 GEORGE R WILLIAMS & BETTY D WILLIAMS

```
PRIORITY                                                                    .00
SECURED                                                                8,768.40
UNSECURED                                                                   .00
ADMINISTRATIVE                                                              .00
TRUSTEE COMPENSATION                                                     631.60
DEBTOR REFUND                                                               .00
                                        ---------------    ---------------
TOTALS                                         9,400.00           9,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
     Dated: 03/26/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```